# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-86CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-86CB, C/O BANK OF AMERICAN N.A., | : No. 45 EAL 2016<br><br>: Petition for Allowance of Appeal from : the Order of the Superior Court |
| Respondent | : |
| v. | : |
| DOROTHY HARTMAN, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal and Motion to Expedite Allowance of Appeal are **DENIED**.